AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JAIRO RAFAEL SANZ DE LA ROSE,

    Petitioner,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV315-102

STACEY N. STONE, Warden,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on March 4, 2016, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, the 2241 petition is DENIED, judgment is ENTERED in favor of the Respondent and this case is CLOSED.

March 4, 2016  
*Date*



Scott L. Poff  
*Clerk*

*(By) Deputy Clerk*

GAS Rev 10/1/03