# United States District Court
### *Southern District of Georgia*
## Dublin Division

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2016 APR 26 PM 2: 34

CLERK *C Adams*
SO. DIST. OF GA.

JAIRO RAFAEL SANZ DE LA ROSA, )

vs )   CASE NUMBER   CV315-102

STACEY N. STONE, Warden,   )   USCA NUMBER   16-11173-B

## FOR USE IN HABEAS CORPUS CASES
### (28 U.S.C.§ 2254 / 2255 / 2241 )

---

### CERTIFICATION AND ORDER
### ELIGIBILITY TO PROCEED ON APPEAL IN FORMA PAUPERIS

---

I.   **Eligibility to proceed on appeal in forma pauperis**

    A.   Petitioner in this case was permitted to proceed in the District Court in forma pauperis. Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 (a), Petitioner may proceed on appeal in forma pauperis UNLESS this Court certifies that the appeal is not taken in good faith or otherwise finds that Petitioner is not entitled to so proceed.

        [ ]   In accordance with the foregoing, Petitioner is entitled to proceed on appeal in forma pauperis.

        [X]   For the following reason(s), this appeal is not taken in good faith ( **AND** / **OR** ) Petitioner otherwise is not entitled to proceed on appeal in forma pauperis:

Petitioner has been unable to make a substantial showing of the denial of a constitutional or federally protected right

**(OR)** B.    Petitioner has filed with this Court a motion to proceed on appeal <u>in forma pauperis</u>. Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24(a), this Court hereby

    ☐ **GRANTS** the motion to proceed <u>in forma pauperis</u> on appeal,

    ☐ **DENIES** the motion to proceed <u>in forma pauperis</u> on appeal for the following reason(s):

        ☐ This Court **CERTIFIES** that the appeal is not taken in good faith because

        _____

        _____

        _____

        _____

        ☐ Petitioner has failed to submit the affidavit required by 28 U.S.C. § 1915 (a) (1).

        ☐ Other:

        _____

        _____

        _____

        _____

        _____

## II. Certificate of Appealability / Probable Cause to Appeal

A.    <u>Petition filed on or after April 24, 1996</u> (pursuant to either to 28 U.S.C. § 2254 or § 2255)

    Pursuant to 28 U.S.C. § 2253(c), an appeal may not be taken in this matter unless the Court issues a Certificate of Appealability. This certificate may issue only if Petitioner has made a substantial showing of denial of a constitutional right, and (if granted) the certificate must indicate which specific issue or issues satisfy this showing. In accordance with the foregoing, a Certificate of Appealability is hereby

    ☐ **GRANTED**    ☒ **DENIED**

for the following reasons and (if granted) with
respect to the following issues:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**(OR) B.**      Section 2254 petition <u>filed prior to April 24, 1996</u>

An appeal may not be taken in this matter unless
the Court issues a Certificate of Probable Cause for
appeal. This certificate may issue only if Petitioner
statisfies the showing required for a certificate of
appealability as set forth above. In accordance with
the foregoing, a Certificate of Probable Cause for
Appeal is hereby

☐ **GRANTED**        ☐ **DENIED**

**III.   Transcripts of Proceedings**

☒ This Court will not presently require the preparation
of a transcript or the payment therefor by the United
States. To the extent that a transcript of any portion
of the District Court proceedings is required, the
Court of Appeals may more economically direct which
proceedings it requires to be transcribed.

3

☐ The Court Reporter shall transcribe the proceedings as requested by the party proceeding in forma pauperis and the United States shall bear the expense.

**SO ORDERED**, this ___25th___ day of ___April___ , 2016.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA